■ In the Matter of ROBERT B. LA VAN, Petitioner, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [744 NYS2d 729] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner was found guilty of violating the prison disciplinary rule prohibiting the unauthorized use of controlled substances. The determination has now been administratively reversed and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Cardona, P.J., Peters, Spain, Mugglin and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.